1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant,
   LUCY VARGAS
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    CASE NO. 1:09-cr-00296-AWI
                                    )
12        Plaintiff,                )
                                    )    STIPULATION TO CONTINUE
13                                  )    STATUS CONFERENCE TO
   vs.                              )    JANUARY 11, 2010 AND
14                                  )    ORDER THEREON
                                    )
15 THOMAS RAYA, JR.,                )
   DANIEL ALCANTAR, and             )
16 LUCY VARGAS                      )
                                    )
17        Defendants.               )
   _____  )
18

19

20     IT IS HEREBY STIPULATED by and between the parties hereto, and through their

21 respective attorneys of record herein, that the Status Conference hearing currently set for

22 November 30, 2009 be continued to January 11, 2010 at 9:00 a.m.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO JANUARY 11, 2010;                    1
ORDER THEREON

1  Defendant, DANIEL ALCANTAR is detained in the San Mateo County Jail until
2  December 12, 2009.  Counsel stipulates to continue the Status Conference set for November 30,
3  2009 until January 11, 2010 so that all Defendants may attend.

5  Dated: November 25, 2009                By:  /s/ Carol Ann Moses
                                                CAROL ANN MOSES
6                                               Attorney for Defendant
                                                LUCY VARGAS

8  Dated: November 25, 2009                By:  /s/ Karen L. Lynch
                                                KAREN L. LYNCH
9                                               Attorney for Defendant
                                                DANIEL ALCANTAR

11 Dated: November 25, 2009                By:  /s/ Michael Berdinella
                                                MICHAEL BERDINELLA
12                                              Attorney for Defendant
                                                THOMAS RAYA, JR.

16                                   ORDER

17  The Court, having reviewed the above request for a Continuance of Status Conference
18 until January 11, 2010, and Order Thereon, HEREBY ORDERS AS FOLLOWS:
19  1.  The Status Conference Hearing currently scheduled for November 30, 2009 shall
20      be continued to January 11, 2010 at 9:00 a.m.

22 IT IS SO ORDERED.

23 **Dated:   November 25, 2009**            /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE