# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



MAR 03 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Tomas Raya, Jr. | Case No.  09-CR-0296 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tomas Raya, Jr._____ , have discussed with _____Lydia J. Serrano_____ , Pretrial Services Officer, modifications of my release conditions as follows:

Removing the conditions pertaining to placement at and third party custody to Westcare California, Inc., and replacing it with: You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3-2-10          _____  3-2-10
Signature of Defendant      Date           Pretrial Services Officer   Date
Tomas Raya, Jr.                            Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                            3-2-10
Signature of Assistant United States Attorney          Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                            3-2-10
Signature of Defense Counsel                           Date
Michael Berdinella

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on        March 3 2010.
☐ The above modification of conditions of release is *not* ordered.

_____                            3/2/10
Signature of Judicial Officer                          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services